In the Matter of GEORGE H. SCHAEFER, Respondent, against WILLIAM A. RATHMANN, as Commissioner of Public Works of the City of Buffalo, et al., Appellants.

(Argued April 21, 1933; decided May 23, 1933.)

*Charles L. Feldman, Corporation Counsel (John E. Livermore* of counsel), for appellants.

*M. Edwin Merwin* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.